1 | HEATHER E. WILLIAMS, CA #122664
Federal Defender
2 | CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
4 | Telephone: (559) 487-5561
Fax: (559) 487-5950
5

6 | Attorney for Defendant
ERIC WILLIAMS
7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,          CASE NO.  1:20-CR-00141-JLT-SKO

13 |                    Plaintiff,       **STIPULATION AND ORDER FOR SETTING
BRIEFING SCHEDULE; VACATING STATUS
14 |            v.                      CONFERENCE**

15 | ERIC WILLIAMS
                    Defendant.
16

17

18 |                            STIPULATION

19 |        Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20 | through defendant's counsel of record, hereby stipulate as follows:

21 |        1.  At a status conference on August 31, 2022, the Court requested that the parties file a

22 | stipulation setting forth a briefing schedule and hearing date for Defendant's motion to suppress

23 | evidence and vacating the September 21, 2022 status conference.

24 |        2. The parties now stipulate to the following schedule: Defense motion to suppress will be filed

25 | by October 17, 2022; government's opposition will be filed by November 9, 2022; and Defendant's

26 | reply will be filed by November 18, 2022.  The motion hearing before the Honorable Jennfer L.

27 | Thurston will be set for Friday, December 2, 2022, at 9 a.m.

28

1

1      3. By this stipulation, the parties also move to vacate the status conference set for September 21,

2  2022, and to exclude time between September 21, 2022 and December 2, 2022 under 18 U.S.C. §

3  3161(h)(7)(A), B(iv) [Local Code T4]; and (h)(1)(D).

4

5      **IT IS SO STIPULATED.**

6

7                                                    Respectfully Submitted,

8  DATED:  September 20, 2022              */s/ Christina Corcoran*
                                                    CHRISTINA CORCORAN
9                                                    Counsel for Eric Williams

10

11  DATED:  September 20, 2022             */s/ Stephanie Stokman*_____
                                                    STEPHANIE STOKMAN
12                                                   Assistant United States Attorney

13

14  **IT IS SO ORDERED.**

15

16  DATED:     9/20/2022                   *Sheila K. Oberto*
                                                    HON. SHEILA K. OBERTO
17                                                   Unites States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28

2