HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, NY Bar # 5118427
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIC WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>ERIC WILLIAMS<br><br>               Defendant. | CASE NO.  1:20-CR-00141-JLT-SKO<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY MOTION SCHEDULE** |

STIPULATION

On September 20, 2022, the parties stipulated to a briefing schedule for Defendant's motion to suppress evidence.  ECF Dkt. # 50.  Pursuant to that schedule on October 17, 2022, Defendant filed a motion to suppress, and on November 9, 2022, the government filed an opposition to the motion.  ECF Dkt. #s 52-53.  Due to unforeseen conflicts this week, defense counsel requires additional time to reply to the govenrment's motion.  The parties have conferred and stipulated that defense counsel may have until Friday, December 2, 2022 to file a reply to the government's motion.  The parties have also agreed to continue the motion hearing from December 2 to December 16.

**IT IS SO STIPULATED.**

1

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: November 18, 2022 | */s/ Christina Corcoran*<br>CHRISTINA CORCORAN<br>Counsel for Eric Williams |
| DATED: November 18, 2022 | */s/ Stephanie Stokman*<br>STEPHANIE STOKMAN<br>Assistant United States Attorney |

IT IS SO ORDERED.

Dated: __**November 21, 2022**__              _____
UNITED STATES DISTRICT JUDGE