HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, CA #344683
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ERIC WILLIAMS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>ERIC WILLIAMS,<br><br>        Defendant. | CASE NO.  1:20-CR-00141-JLT-SKO<br><br>**STIPULATION AND ORDER FOR SUPPLEMENTAL BRIEFING SCHEDULE** |

  On January 25, 2023, the district court held an evidentiary hearing on Defendant's motion to suppress evidence.  At that hearing, defense counsel agreed that she would either file a supplemental briefing or reserve the issue by February 10, 2023.  Due to a delay in receipt of the hearing transcripts, defense counsel requires additional time to make this determination.  Accordingly, the parties stipulate that defense counsel will either file a supplemental brief or a notice of intention not to file a supplemental brief, but to reserve the issue, by Monday, February 27, 2023.

  **IT IS SO STIPULATED.**

/ / /

/ / /

1

|   |   |
|---|---|
| | Respectfully Submitted, |
| DATED:  February 10, 2023 | */s/ Christina Corcoran*<br>CHRISTINA CORCORAN<br>Counsel for Eric Williams |
| DATED:  February 10, 2023 | */s/ Stephanie Stokman*<br>STEPHANIE STOKMAN<br>Assistant United States Attorney |

IT IS SO ORDERED.

    Dated:  **February 13, 2023**                                          _____
                                                                                  UNITED STATES DISTRICT JUDGE